

**The relief described hereinbelow is SO ORDERED.**

**Signed November 26, 2018.**

_____
**Ronald B. King
Chief United States Bankruptcy Judge**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 18-52045 |
| NORI ELSA ALVAREZ BAKER, | § | |
| | § | CHAPTER 7 |
| Debtor | § | |

### ORDER GRANTING MOTION TO LIFT STAY AGAINST PROPERTY
### (INSURANCE)

Came on to be heard the Movants' Motion for Relief from the Automatic Stay, and the Court having reviewed the pleadings the lack of any opposition, and having considered any argument of counsel, finds that the Motion has merit and should be granted. It is therefore:

ORDERED that the automatic stay is lifted to permit the Movant to file a lawsuit and prosecute same against Debtor Nori Alvarez Baker, in order to litigate the claims including the conclusion to final judgment; it is further,

ORDERED that the stay is lifted only to the extent of recovery against any insurance proceeds

that may cover their claims against the Debtor for as long as this bankruptcy continues or until and unless some other objection to discharge of Debtor's alleged to debts to Movants is obtained.

###